UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER, | ) |
|         Plaintiff | ) |
| vs. | ) Case Num. 1:06CV02098-RBW |
| HENRY M. PAULSON JR. SECRETARY et al., | ) |
|         Defendants | ) |

### MOTION FOR LEAVE TO SERVE INTERROGATORIES ON THE DEFENDANT BRENDA VEAL-MUNOZ

Pursuant to Rule 26(b),(2), the Plaintiff Clarence Stringer, pro se, moves the Court for leave to serve four (4) interrogatories upon the Defendant Brenda Veal-Munoz. The Plaintiff submits the following in support of this motion:

1. That the Defendant Brenda Veal-Munoz has been sued in her official and individual capacity.

2. That service of this process in the official capacity was perfected upon the Defendant Brenda Veal-Munoz on December 14, 2006, by certified mail.

3. Pursuant to Rule 4, of the Federal Rules of Civil Procedure for the District of Columbia, requires service upon an individual at their residence; and, the Plaintiff does not know where the Defendant resides.

4. That the Defendant Brenda Veal-Munoz can elect to waive service; but, the Plaintiff has until February 12, 2006 to perfect service upon the Defendant in her individual capacity.

5. That the Defendant will not be prejudiced by this action, and the time to perfect service upon the Defendant Brenda Veal-Munoz has not yet passed.

RECEIVED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, the Plaintiff Clarence Stringer prays the Court will grant leave to serve the four (4) interrogatories upon the Defendant Brenda Veal-Munoz in the interest of obtaining justice.

Respectfully Submitted,

*Clarence Stringer*
Clarence Stringer, pro se

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the Motion for Leave was sent by U.S. Mail, first class, postage prepaid on December 21, 2006 to:

Brenda Veal-Munoz, Acting Chief
U.S. Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20001

*Clarence Stringer*
Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149