UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
**JAN 1 9 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CLARENCE STRINGER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Cause Num. 1:06CV02098-RBW |
| ) | |
| HENRY M. PAULSON JR. SECRETARY ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

### MOTION FOR ENLARGEMENT OF TIME TO SERVE SUMMONS & COMPLAINT ON BRENDA-VEAL MUNOZ IN HER INDIVIDUAL CAPACITY

Plaintiff, pro se, moves the Court to enlarge the time to serve a copy of the summons and complaint on Defendant Brenda Veal-Munoz in her individual capacity. According to the Federal Rules of Civil Procedure, Rule 4, service of process on the Defendant Munoz in her individual capacity must be perfected at her place of abode. As such:

1. Plaintiff filed this cause of action on December 11, 2006.

2. The time to comply with Rule 4, service of process within sixty (60) days, has not yet passed, February 11, 2007.

3. Plaintiff requested leave of the Court to serve the Defendant Munoz with a set of interrogatories to obtain her home address.

4. No previous request for an enlargement of this action has been requested by the Plaintiff. This motion is not made for purposes of delay and the Defendants will not be prejudiced by the enlargement.

WHEREFORE, Plaintiff, pro se, respectfully requests the Court enlarge the time to comply with Rule 4, to March 11, 2007.

1

Date: 1-19-07

*Clarence Stringer* (signature)
Clarence Stringer, pro se

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the foregoing proceedings has been sent by U.S. Mail, first class, postage prepaid on January 19, 2007 to:

Quan K. Luong, Esq.
Office of U.S. Attorney General
950 Pennsylvania Street NW
Washington DC 20530

*Clarence Stringer* (signature)
Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6419

2