UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLARENCE STRINGER, )
)
            Plaintiff )
)
vs. ) Cause Num. 1:06CV02098-RBW
)
HENRY M. PAULSON JR. SECRETARY )
et al., )
)
            Defendants )

## AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0001-9504-3730, to the U.S. Secretary of the Treasury for the United States. Attached hereto is the certified green card acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
CLARENCE STRINGER,              )
                                )
                Plaintiff       )
                                )
vs.                             ) Cause Num. 1:06CV02098-RBW
                                )
HENRY M. PAULSON JR. SECRETARY  )
et al.,                         )
                                )
                Defendants      )
```

**RECEIVED**
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0000-0171-9118, to the U.S. Attorney General for the United States. Attached hereto is the certified green card acknowledging service.

[Attached certified mail green card, PS Form 3811, February 2004, addressed to: U.S. Attorney General for the United States, 150 Pennsylvania Ave NW, Washington DC 20530. Article Number: 7006 0810 0000 0171 9118]

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1

**RECEIVED**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLARENCE STRINGER,           )
                             )
                Plaintiff    )
                             )
vs.                          ) Cause Num. 1:06CV02098-RBW
                             )
HENRY M. PAULSON JR. SECRETARY )
et al.,                      )
                             )
                Defendants   )

## AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0000-0171-9125, to the Attorney General for the District of Columbia. Attached hereto is the certified green card acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1