UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLARENCE STRINGER, )
)
Plaintiff )
)
vs. ) Cause Num. 1:06CV02098-RBW
)
HENRY M. PAULSON JR. SECRETARY )
et al., )
)
Defendants )

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0001-9504-3730, to the U.S. Secretary of the Treasury for the United States. Attached hereto is the certified green card acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CLARENCE STRINGER, | ) |
| Plaintiff | ) |
| vs. | ) Cause Num. 1:06CV02098-RBW |
| HENRY M. PAULSON JR. SECRETARY et al., | ) |
| Defendants | ) |

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0000-0171-9118, to the U.S. Attorney General for the United States. Attached hereto is the certified green card acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1

```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF COLUMBIA
```

CLARENCE STRINGER,                )
                                  )
                    Plaintiff     )
                                  )
vs.                               ) Cause Num. 1:06CV02098-RBW
                                  )
HENRY M. PAULSON JR. SECRETARY    )
et al.,                           )
                                  )
                    Defendants    )

RECEIVED JAN 2 2 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 12th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0000-0171-9125, to the Attorney General for the District of Columbia. Attached hereto is the certified green card acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1