UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CLARENCE STRINGER,            )
2501 2nd Street NE       )
Washington, DC 20002          )
                              )
                 Plaintiff    )
                              )
vs.                           )   Cause Num. 1:06-CV-02098-RBW
                              )
HENRY M. PAULSON JR. SECRETARY)
Of THE TREASURY et al.,       )
1500 Pennsylvania Street NW   )
Washington, DC 20220          )
                              )
                 Defendants   )

## PLAINTIFF'S MOTION TO THE CLERK OF THE COURT TO ISSUE A SUBPOENA DUCES TECUM FOR THE PRODUCTION OF CERTAIN DOCUMENTS FROM A NON-PARTY-POSTMASTER OF THE UNITED STATES POSTAL SERVICE

Comes now the Plaintiff, Clarence Stringer, pro se, moving the Clerk of the US District Court for the District of Columbia, pursuant to Rule 45 & 34, of the Federal Rules of Civil Procedure, hereby moves the Clerk to issue a subpoena duces tecum to the Postmaster of the United States Postal Service, a non-party, for the production of the following documents:

1. A copy of the green card for Certified Mail Receipt Num. 7006-0810-0001-9504-3792, delivered on December 14, 2006 to Brenda Veal-Munoz.

2. A copy of the green card for Certified Mail Receipt Num. 7006-0810-0001-9504-3761, delivered on December 14, 2006 to Larry Felix.

Respectfully Submitted,

*Clarence Stringer*
Clarence Stringer, pro se

**RECEIVED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the Motion for a Subpoena was sent by U.S. Mail, first class, postage prepaid on January 22, 2007 to:

K. Luong, Esq,
U.S. Attorney General
945 Pennsylvania Street NW
Washington, DC 20530

*Clarence Stringer* (signature)
Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6941