UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al. )<br>)<br>Defendants. )<br>) | Case No: 06-2098 (RBW) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE INTERROGATORIES ON DEFENDANT BRENDA VEAL-MUNOZ

The United States Department of the Treasury and federal defendants Secretary of the Treasury Henry M. Paulson, Jr., Larry Felix, and Brenda Veal-Munoz in their official capacities respectfully move for leave to file out of time the attached "Defendant's Response to Plaintiff's Motion for Leave to Serve Interrogatories on Defendant Brenda Veal-Munoz."

In support of this request, defendants state as follows:

1. Plaintiff's "Motion for Leave to Serve Interrogatories on Defendant Brenda Veal-Munoz" (motion to serve interrogatories) was filed with the court on December 21, 2006. The certificate of service indicates that plaintiff served this motion only on Ms. Veal-Munoz. At no time has the United States Attorneys Office ever received a copy of this motion, nor has it been notified by Ms. Veal-Munoz of this motion.

2. Due to workload and staffing issues, the undersigned Special Assistant United States Attorney (SAUSA) entered his appearance in this case on January 11, 2007, after the motion to serve interrogatories was filed.

3. On Tuesday, January 23, 2007, the undersigned SAUSA learned of the plaintiff's motion to serve interrogatories. Defendant has endeavored to file this response without any undue delay.

                                                                                      _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE INTERROGATORIES ON DEFENDANT BRENDA VEAL-MUNOZ** was filed via the Court's electronic filing system and a copy mailed to pro se Plaintiff by first class postage prepaid to:

>CLARENCE STRINGER
>2501 2nd Street NE
>Washington, DC  20002

on this 24th day of January, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (facsimile)
(202) 514-8780 (telephone)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al. )<br>)<br>Defendants. )<br>) | Case No: 06-2098 (RBW) |

### ORDER

Upon consideration of "Defendant's Motion for Leave to File Defendant's Response to Plaintiff's Motion for Leave to Serve Interrogatories on Defendant Brenda Veal-Munoz" and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendant's motion for leave is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-2098 (RBW) |
| ) | |
| HENRY M. PAULSON, SECRETARY ) | |
| OF TREASURY, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE INTERROGATORIES ON DEFENDANT BRENDA VEAL-MUNOZ AND MOTION FOR ENLARGEMENT OF TIME TO SERVE SUMMONS AND COMPLAINT ON BRENDA VEAL-MUNOZ IN HER INDIVIDUAL CAPACITY

The United States Department of the Treasury and federal defendants Secretary of the Treasury Henry M. Paulson, Jr., Larry Felix, and Brenda Veal-Munoz in their official capacities hereby submit this response to the plaintiff's (1) motion for leave to serve interrogatories on defendant Brenda Veal-Munoz and (2) motion for enlargement of time to serve summons and complaint on defendant Brenda-Veal Munoz in her individual capacity. For the reasons set forth below, the defendants object to the plaintiff's motion to serve interrogatories but do not oppose plaintiff's motion for enlargement of time.

### DISCUSSION

**A. Plaintiff's Motion for Leave to Serve Interrogatories on Defendant Brenda Veal-Munoz**

Plaintiff moves this Court for leave to serve four interrogatories on defendant Brenda Veal-Munoz.[1] Plaintiff does not state specifically what four interrogatories he seeks to

---

[1] To the extent that Ms. Veal-Munoz has not yet been served with this complaint in her individual capacity, defendants view plaintiff's motion to serve interrogatories as against the