UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CLARENCE STRINGER, )
)
Plaintiff )
)
vs. )
) Cause Num. 1:06CV02098-RBW
)
HENRY M. PAULSON JR. SECRETARY )
et al., )
)
Defendants )

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 11th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0001-9504-3761, to Brenda Veal-Munoz, Chief at the U.S. Treasury for the United States. Attached hereto is a copy of the certified green receipt acknowledging service.

*Alfred L. Stone*
Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

**RECEIVED**

FEB - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 0810 0001 9504 3761   **Date/Time Mailed:** 12/11/2006 16:45

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20220 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20011-1101 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class
**Anticipated Delivery Date:** 12/12/2006
**Weight:** 0 lb(s) 4 oz(s)
**Postage:** $1.11
**Delv Rqmt:** Normal
**PO Box?:** N

**Special Services**
CERTIFIED MAIL
RETURN RECEIPT

**Associated Labels**
7006 0810 0001 9504 3761

**Amount**
$2.40
$1.85

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/14/2006 07:49 | WASHINGTON, DC 20220 | J464299 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 12/14/2006 06:00 | WASHINGTON, DC 20022 | L653600 |
| ACCEPT OR PICKUP | 12/11/2006 16:45 | WASHINGTON, DC 20011 | |

**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry
Item Number: 7006 0810 0001 9504 3761

**This item was delivered on 12/14/2006 at 07:49**

| | Delivery Section |
|---|---|
| **Signature:** | [signature] Proton Winn |
| **Address:** | TREASURY 20220 |