UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

FEB - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CLARENCE STRINGER, | ) |
| Plaintiff | ) |
| vs. | ) Cause Num. 1:06CV02098-RBW |
| HENRY M. PAULSON JR. SECRETARY et al., | ) |
| Defendants | ) |

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 11th day of December, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested Num. 7006-0810-0001-9504-3792, to Larry Felix, Director at the U.S. Treasury for the United States. Attached hereto is a copy of the certified green receipt acknowledging service.

Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211

1

**UNITED STATES POSTAL SERVICE**

### Track/Confirm - Intranet Item Inquiry - Domestic

| | | |
|---|---|---|
| **Item:** 7006 0810 0001 9504 3792 | **Date/Time Mailed:** 12/11/2006 16:45 | |
| **Destination** ZIP Code: 20226 | **City:** WASHINGTON | **State:** DC |
| **Origin** ZIP Code: 20011-1101 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class
**Anticipated Delivery Date:** 12/12/2006
**Weight:** 0 lb(s) 4 oz(s)
**Postage:** $1.11
**Delv Rqmt:** Normal
**PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL<br>RETURN RECEIPT | 7006 0810 0001 9504 3792 | $2.40<br>$1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/14/2006 07:49 | WASHINGTON, DC 20220 | J464299 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 12/14/2006 06:00 | WASHINGTON, DC 20022 | L653600 |
| ACCEPT OR PICKUP | 12/11/2006 16:45 | WASHINGTON, DC 20011 | |

Direct Query - Intranet

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

### Track/Confirm - Intranet Item Inquiry
### Item Number: 7006 0810 0001 9504 3792

**This item was delivered on 12/14/2006 at 07:49**

| | Delivery Section |
|---|---|
| **Signature:** |  *Proton Winn* |
| **Address:** | *TREASURY*<br>20220 |