UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER,<br>2501 2nd Street NE<br>Washington, DC 20002<br>(202) 832-6149<br>　　　　　Plaintiff<br><br>vs<br><br>HENRY M. PAULSON JR., SECRETARY<br>U.S DEPARTMENT OF TREASURY<br>BUREAU OF PRINTING & ENGRAVING<br>Official Capacity<br>MS. BRENDA VEAL-MUNOZ<br>Official & Individual Capacity<br>LARRY FELIX, DIRECTOR<br>Official Capacity<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NUM. 06-2098-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR THE APPOINTMENT OF UNITED STATES MARSHALLS TO SERVE BRENDA VEAL-MUNOZ WITH SUMMONS AND A COMPLAINT IN HER INDIVIDUAL CAPACITY

1. Plaintiff, Clarence Stringer, pro se, requests that this Court appoint the United States Marshals Service to serve the summons and complaint in this matter on the Defendant Brenda Veal-Munoz, in her individual capacity.

2. According to the Court's records, Brenda Veal-Munoz was served in her official capacity on December 14, 2006 by Alfred L. Stone.

3. The Plaintiff cannot comply with Rules 4, of the District of Columbia Rules of Civil Procedure for service upon an individual (at her residence) because (1) Munoz's address is unlisted in the telephone books for DC, Maryland, and Virginia; (2) the Plaintiff lacks a social

RECEIVED
FEB - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

security number to access information about Munoz from Intel; and, (3) the Plaintiff lacks Munoz's home telephone number to access Switchboard to obtain her residential address because the former and the latter are protected under the privacy laws.

4. The Plaintiff hereby submits that Rule 4, of the Rules of Civil Procedure for the District of Columbia, do not favor service upon an individual at their place of employment; and, the Defendant Munoz does not have an authorized agent to accept personal service under these circumstances.

5. Counsel for the Defendant, in her official capacity, cited privacy laws as a bar to the Plaintiff's request to serve interrogatories upon the Defendant Munoz.

6. The Plaintiff hereby submits to the Court that service upon Munoz at her residence by the Marshall's Service would not violate the privacy laws enacted to protect government employees.

7. This motion is based upon this document, on the complaint and other papers on file in this action, together with whatever argument and evidence the Court may hear in connection with this motion.

Respectfully Submitted,

*Clarence Stringer*
Clarence Stringer, pro se

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a copy of the Motion for the Appointment of the U.S. Marshalls Office, was sent by U.S. Mail, first class, postage prepaid on February 7, 2007 to:

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington DC, 20530

Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149

3