UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER            )<br>)<br>        Plaintiff,         )<br>v.                           )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al.     )<br>)<br>        Defendants.    )<br>) | Case No: 06-2098 (RBW) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Department of Treasury, Bureau of Engraving and Printing, Defendant in this action, respectfully requests an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendant's answer is currently due February 21, 2007.[1] Defendant requests until March 21, 2007 to file an answer or otherwise respond to the complaint.

Plaintiff, *pro se*, brings this action against the Department of Treasury, Bureau of Engraving and Printing and against Ms. Brenda Veal-Munoz in both her official and individual capacities.[2] Among other things, Plaintiff appears to be alleging a Fourteenth Amendment *Bivens* claim.

Because this, in part, appears to be a *Bivens* action, Ms. Veal-Munoz has the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. §

---

[1] On February 7, 2007, Plaintiff filed an amended complaint in this case. Pursuant to Fed. R. Civ. P. 15(a), Defendants have 10 days (excluding intermediate Saturdays, Sundays, and holidays, Fed. R. Civ. P. 6(a)) after service to file its response.

[2] By way of this motion for an extension of time, the individual federal defendant submits that she has not waived any defense or defenses available to her under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel. The process begins, however, with a request from the federal employee and her respective agency. However, in light of the fact that Ms. Veal-Munoz has not yet been properly served in her individual capacity, she has not yet had an opportunity to request individual DOJ representation.[3] Accordingly, this Office cannot yet represent Ms. Veal-Munoz in her individual capacity.

Because the defenses of the Department of Treasury, Bureau of Engraving and Printing and Ms. Veal-Munoz in her official and individual capacity will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Pursuant to Local Rule 7(m), the undersigned counsel has left telephone messages with the pro se Plaintiff regarding this motion, but has not yet heard back from Plaintiff.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney

---

[3] Pursuant to the Court's February 8, 2007 order, see Docket Entry 13, on this day, the undersigned counsel sent correspondence to the Plaintiff advising that this office would accept service of process on behalf of Ms. Veal-Munoz in her individual capacity.

555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**CLARENCE STRINGER**
2501 2ND Street, NE
Washington, DC 20002

on this 13th day of February, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al. )<br>)<br>Defendants. )<br>) | Case No: 06-2098 (RBW) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before March 21, 2007.

_____
UNITED STATES DISTRICT JUDGE