UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER,<br>2501 2ND STREET NE<br>WASHINGTON, DC 20002<br><br>        Plaintiff<br><br>vs<br><br>RICHARD M. PAULSON, SECRETARY<br>U. S. DEPARTMENT OF TREASURY<br>et al.,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NUM. 1:06cv2098 RBW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION FOR HEARING ON DEFAULT JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Take notice that on March 17, 2007, at 10 A.M. In Judge Walton's Courtroom of the Courthouse for the United States District Court in the District of Columbia, which is located at 300 Constitution Ave. NW, in Washington, DC, as more particularly set out in the attached Motion.

This notice is given pursuant to the provision of Rules 5 and 55(b)(2) of the Federal Rules of Civil Procedure.

Dated: _____

                                                        *Clarence Stringer*
                                                        Clarence Stringer, pro se

**RECEIVED**

FEB 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, a copy of the Notice of Default Judgment was sent by U.S. Mail, first class, postage prepaid on February 14, 2007 to:

Quan K. Luong, Esq.
U.S. Attorney Office
501 Third Street NW
Washington, DC 20530

*Clarence Stringer*
Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149