UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARENCE STRINGER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al. )<br>)<br>Defendants. )<br>) | Case No: 06-2098 (RBW) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
### FOR HEARING ON DEFAULT JUDGMENT

On or around February 14, 2007, Plaintiff filed a "Notice of Motion for Hearing on Default Judgment" pursuant to Fed. R. Civ. P. 5 and 55(b)(2). *Docket Entry 17*. Beyond this however, Plaintiff does not provide any explanation for his motion.[1] *Id.* Defendant Department of Treasury, Bureau of Engraving and Printing, hereby opposes Plaintiff's motion.

### DISCUSSION

On or around December 11, 2006, Plaintiff filed a complaint against the Department of Treasury, Bureau of Engraving and Printing and against Ms. Brenda Veal-Munoz in both her official and individual capacities. *Docket Entry 1*. On February 7, 2007, Plaintiff then filed an amended complaint against the same parties. *Docket Entry 12*. As a result of the amended complaint, Defendant Department of Treasury, Bureau of Engraving and Printing had until February 21, 2007 to file its answer. See Fed. R. Civ. P. 15(a). At the time of the amended complaint, Plaintiff had yet to effect service upon Ms. Veal-Munoz in her individual capacity.

On February 8, 2007, in response to a number of motions by Plaintiff related to his

---

[1] Plaintiff refers to an "attached Motion," however, no such motion was received.

unsuccessful attempts to effect service upon Ms. Veal-Munoz, this Court ordered that Ms. Veal-Munoz provide the Plaintiff with an alternative method for achieving service of process on her in her individual capacity within twenty days from the date of the issuance of the order. *Docket Entry 13*. On February 13, 2007, the undersigned counsel left a voice mail message with the Plaintiff and also sent correspondence advising that Ms. Veal-Munoz had authorized this office to accept service of process on her behalf. *Attachment 1*.

On that same date, Defendant Department of Treasury, Bureau of Engraving and Printing moved the court for an enlargement of time to respond to Plaintiff's amended complaint. *Docket Entry 16*. Defendant explained that because the claims against Ms. Veal-Munoz in her individual capacity appeared to be *Bivens* claims, Ms. Veal-Munoz had the opportunity to request legal representation from the Department of Justice. Id. However, because Ms. Veal-Munoz had not yet been properly served in her individual capacity, she had not had an opportunity to request such representation. Id. Defendant further explained that because the defenses of both the Department of Treasury and Ms. Veal-Munoz would be similar, it made sense to allow for a single response. Id. On February 15, 2007, the Court granted Defendant's motion for an enlargement of time and ordered that the Defendant answer or otherwise respond to Plaintiff's complaint by March 21, 2007. *Minute Order (2/15/2007)*.

Defendant has fully complied with the Court's order regarding an alternative method of service upon Ms. Veal-Munoz in her individual capacity and it presently has until March 21, 2007 to file its answer or otherwise respond to Plaintiff's complaint. As such, Plaintiff has demonstrated no basis for a hearing on default judgment against the Defendant.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that Plaintiff's motion for a hearing on default judgment be denied.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING ON DEFAULT JUDGMENT** was served by first class mail upon *pro se* plaintiff at:

> **CLARENCE STRINGER**
> 2501 2ND Street, NE
> Washington, DC 20002

on this 20th day of February, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 13, 2007

**VIA FIRST CLASS MAIL**

Clarence Stringer
2501 2ND Street, NE
Washington, DC 20002

RE: <u>Stringer v. Secretary of the Treasury</u>, 06-2098 (RBW)

Dear Mr. Stringer:

    Pursuant to the District Court's February 8, 2007 order, please be advised that Ms. Veal-Munoz has authorized our office to accept service of process on her behalf of the complaint in the above-captioned matter. Thus, service upon Ms. Veal-Munoz in her individual capacity can be effected by mailing or otherwise delivering a copy of the complaint and summons to our office at the above address.

    Please do not hesitate to contact me if you have any questions. Thank you for your time and consideration.

Sincerely,

Quan K. Luong
Special Assistant United States Attorney

Attachment 1