UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CLARENCE STRINGER,           )
                             )
            Plaintiff        )
                             )
vs.                          ) Cause Num. 1:06CV02098-RBW
                             )
HENRY M. PAULSON JR. SECRETARY )
et al.,                      )
                             )
            Defendants       )

RECEIVED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER THE DEFAULT OF BRENDA VEAL-MUNOZ, AND LARRY FELIX

## AFFIDAVIT OF CLARENCE STRINGER

DISTRICT OF COLUMBIA )
                     ) SS.
WASHINGTON, DC       )

I Clarence Stringer, being duly sworn, deposes and states:

1. My name is Clarence Stringer.

2. I am over eighteen (18) years of age. I reside at 2501 2nd Street NE in Washington DC. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the Plaintiff in this action.

4. On December 11, 2006, I delivered the summons and complaint in this action to Alfred L. Stone, who properly served the summons and complaint to Brenda Veal Munoz and Larry Felix on December 14, 2006 according to the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified the fact

1

to this Court in an affidavit of Service dated February 1, 2007. The Proof of Service was filed with this Court on February 1, 2007.

5. Brenda Veal-Munoz and Larry Felix have failed to serve and file an answer the complaint or otherwise respond to the pleading.

6. Under Rule 12(a) of the Federal Rules of Civil Procedure, February 12, 2007 was the time limit for responding to the pleading has now expired, and the time for Brenda Veal-Munoz and Larry Felix to respond was not extended by any stipulation of the parties or any order of the Court prior to or on February 12, 2007.

7. Brenda Veal-Munoz and Larry Felix are not infants or incompetent people. I am personally familiar with them and have met with Brenda Veal-Munoz and Larry Felix within the past two (2) weeks. I know that they are adults and appear to be capable of managing their own affairs.

8. Brenda Veal-Munoz and Larry Felix are not in the military service.

I swear under the penalty of perjury the foregoing is true and correct.

Signed by me on February 14, 2007 at Washington, DC.

_Clarence Stringer_
Clarence Stringer, pro se

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the foregoing proceedings has been sent by U.S. Mail, first class, postage prepaid on February 14, 2007 to:

Quan K. Luong, Esq.
Office of U.S. Attorney General
950 Pennsylvania Street NW
Washington DC 20530

Clarence Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6419