Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CLARENCE STRINGER

    Plaintiff(s)

Civil Action No. 06-2098 RBW

V.

HENRY M. PAULSON JR, ET AL.,

    Defendant(s)

RE: BRENDA VEAL-MUNOZ
LARRY FELIX

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 12/14/06, and an affidavit on behalf of the plaintiff having been filed, it is this 23RD day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Tawana Davis /s/
Deputy Clerk