UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER,<br>2501 2nd Street NE<br>Washington, DC 20002 | )<br>)<br>)<br>) |
| Plaintiff | ) |
| vs. | ) Cause Num. 1:06CV02098-RBW |
| HENRY M. PAULSON JR. SECRETARY<br>Of THE TREASURY et al.,<br>1500 Pennsylvania Street NW<br>Washington, DC 20220 | )<br>)<br>)<br>) |
| Defendants | ) |

### AFFIDAVIT OF SERVICE

I, Alfred L. Stone, hereby declare that on the 17th day of February, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, Num. 7006-2150-0001-8448-5427, to the authorized agent for service upon Brenda Veal-Munoz in her individual capacity, Jeffrey A. Taylor, U.S. Attorney for the District of Columbia. Attached hereto is a copy of the certified green card acknowledging service.

*Alfred L. Stone* (signature)
Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040

**RECEIVED**

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**UNITED STATES POSTAL SERVICE**

### Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 2150 0001 8448 5427      **Date/Time Mailed:** 02/17/2007 10:01

| | | | | |
|---|---|---|---|---|
| **Destination** | **ZIP Code:** 20530 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 22046-9998 | **City:** FALLS CHURCH | **State:** VA |

**Class:** First Class
**Anticipated Delivery Date:** 02/20/2007
**Weight:** 0 lb(s) 3 oz(s)        **Postage:** $0.87
**Firm Book ID:** 5103 0SGS E673 0000 7215
**Delv Rqmt:** Normal            **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 2150 0001 8448 5427 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 02/21/2007 04:28 | WASHINGTON, DC 20530 | 030SGU9881 |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JJENNINGS' | | |
| | [Request Delivery Record] | | |
| | [View Delivery Signature and Address] | | |
| NOTICE LEFT | 02/21/2007 02:56 | WASHINGTON, DC 20530 | 030SGSE673 |
| ARRIVAL AT UNIT | 02/21/2007 01:20 | WASHINGTON, DC 20022 | 030SGSE673 |
| ACCEPT OR PICKUP | 02/17/2007 10:01 | FALLS CHURCH, VA 22046 | |

### Track/Confirm - Intranet Item Inquiry
**Item Number:** 7006 2150 0001 8448 5427

**This item was delivered on 02/21/2007 at 04:28**

| | |
|---|---|
| **Signature:** | Aaron Jennings |
| **Address:** | JUSTICE 20530 |