UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY )<br>OF TREASURY, et al. )<br>)<br>Defendants. )<br>) | Case No: 06-2098 (RBW) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT

On March 28, 2007, Plaintiff moved this Court for leave to file a second amended complaint in this action in which Defendants' motion to dismiss has already been filed with the Court. *See Docket Entry 23.* An examination of the proposed second amended complaint and Plaintiff's first amended complaint, *see docket entry 15*, shows only one discernible difference: Plaintiff is now alleging that Defendants' conduct also violated his Fifth Amendment due process rights. *Pl. Second Amended Compl, ¶¶ 1, 2, 14, and 22.* Beyond this, Plaintiff does not allege any new facts or arguments in support of his claims. Accordingly, Defendants respectfully submit that the proposed second amended complaint be denied as futile. *See* Fed. R. Civ. P. 15; *Foman v. Davis*, 371 U.S. 178, 181-82 (1962) (courts may deny a motion to amend a complaint as futile if the proposed claim would not survive a motion to dismiss); *Moldea v. New York Times*, 22 F.3d 310, 319 (D.C. Cir.), *cert. denied*, 513 U.S. 875 (1994); *see also Nix v. Hoke*, 62 F. Supp. 2d 110, 115 (D.D.C. 1999) (where motion to dismiss was pending when plaintiff amended his complaint, "the court may consider [the motion to dismiss] in reviewing the amended complaint. . . .") (citing *Clarry v. United States*, 85 F.3d 1041, 1045 (2d Cir. 1996));

*Holmes v. National Football League*, 939 F. Supp. 517, 522 n.7 (N.D. Tex. 1996) (court decided defendants' motion to dismiss with respect to claims raised in amended complaint which was filed after defendants' motion to dismiss was already pending); *Datastorm Technologies, Inc. v. Excalibur Comm., Inc.*, 888 F. Supp. 112, 114 (N.D. Cal. 1995).

In Defendants' motion to dismiss, Defendants addressed various jurisdictional and other deficiencies regarding the claims set forth in Plaintiff's first amended complaint, including his Fourteenth Amendment due process claim. Defendants respectfully submit that these same arguments are equally applicable with regards to Plaintiff's Fifth Amendment due process claim and thus, Defendant's motion remains equally valid with respect to the proposed second amended complaint. *Id.*; *see also* Wright, Miller & Kane, Federal Practice and Procedure: Civil 2d § 1476 (West Pub. 1990); *see Def. Mot. to Dismiss at 8, fn 3*. Should the Court permit Plaintiff to amend his complaint, Defendants respectfully renew their motion to dismiss and advise that the Court may proceed to address Defendant's motion.

## CONCLUSION

Nothing in Plaintiff's motion for leave to file a second amended complaint presents either fact or law which should deter the Court from granting Defendants' motion to dismiss. Indeed, because the proposed second amended complaint in no way saves Plaintiff's various claims from dismissal based on the arguments urged by Defendant, this Court should deny Plaintiff's motion as futile and dismiss Plaintiff's complaint.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 9th day of April, 2007, I caused service of the foregoing **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT** to be made on the *pro se* plaintiff via first class mail:

>Clarence Stringer
>2501 2nd Street, N.E.
>Washington D.C. 20002

>Respectfully submitted,
>
>_____
>QUAN K. LUONG
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E-4417
>Washington, D.C. 20530
>(202) 514-9150 (telephone)
>(202) 514-8780 (facsimile)