UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLARENCE STRINGER | ) | |
|  | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-2098 (RBW) |
|  | ) | |
| HENRY M. PAULSON, SECRETARY | ) | |
| OF TREASURY, et al. | ) | |
|  | ) | |
| Defendants. | ) | |

### DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION
### TO MOTION TO DISMISS

In opposing Defendants' motion to dismiss, Plaintiff does not dispute that he failed to exhaust the administrative grievance and arbitration procedures set forth in the applicable collective bargaining agreement.[1]  Instead, Plaintiff principally argues:  (1) first, that he was not required to exhaust his administrative procedures because his "employer refuse[d] to be bound by the contract" and (2) second, that the Administrative Procedures Act (APA) constitutes a waiver of sovereign immunity that confers jurisdiction upon this court.  *Pl. Opp. at p. 4-6.*  Both arguments are without merit and do not save his complaint.

Plaintiff unconvincingly claims that his employer repudiated the collective bargaining

---

[1] Plaintiff's opposition appears to reflect a number of inconsistencies or inaccuracies. First, in arguing that the defendant Veal-Munoz is not entitled to qualified immunity, Plaintiff claims that she failed to "issue a written finding of her investigation and deliberation of the grievance to use his sick leaves..." *Pl. Opp. at p. 6-7.*  However, in both his amended complaint and in the declaration attached to his opposition, Plaintiff acknowledges that Ms. Veal-Munoz did in fact issue a grievance response.  *Amended Compl. at p. 4, ¶ 20; Pl. Opp. Declaration at p. 2, ¶11.*  Second, Plaintiff also appears to be confused about his status as a bargaining unit member of the Union.  Though Plaintiff asserts that he is not a "dues paying member of Columbia Lodge #174," he is in fact a bargaining unit member of the Union and covered by the collective bargaining agreement.  *Attachment 1 at p. 7.*

agreement when Ms. Veal-Munoz "refused to meet with [him] within three (3) days of receiving the grievance" and also "failed to submit a written report of her investigation and deliberation of the Plaintiff's grievance within five (5) days after submission." *Pl. Opp. at p. 5*. Plaintiff argues that because of this alleged repudiation, he "is entitled to seek relief through the courts." *Id*. Even accepting the Plaintiff's allegations as true, Plaintiff is still not entitled to judicial review.[2]

Plaintiff's allegations that Ms. Veal-Munoz was untimely in her handling of his grievance is tantamount to an unfair labor practice claim against his employer. *See Steadman v. Governor, United States Soldiers' & Airmen's Home*, 918 F.2d 963, 965, fn 3 (D.C. Cir. 1990) (assuming that an employee's allegation that the government failed to give his attorney timely notice of his claim constitutes an unfair labor practice claim against the government); *see also Yates v. United States Soldiers' and Airman's Home*, 533 F.Supp. 461, 465 (D.D.C. 1982) (noting that the FLRA has held the unilateral refusal of a federal employer to process a grievance is an unfair labor practice under the Civil Service Reform Act ("CSRA"). The *Yates* court noted that the CSRA, in addition to authorizing collective bargaining in the public sector, also established the Federal Labor Relations Authority ("FLRA"). *See also* 5 U.S.C. § 7104. The Act also: (1) established a code of unfair labor practices, 5 U.S.C. § 7116; (2) empowered the FLRA to take action to

---

[2] Defendant respectfully submits that no reasonable fact-finder could conclude that such allegations, even if true, amounts to a repudiation of the collective bargaining agreement. Plaintiff is only alleging that Ms. Veal-Munoz was a few days late in meeting with him and in issuing her grievance response. Notably, Plaintiff acknowledges that he filed a grievance and received a grievance response at the next grievance step above Ms. Veal-Munoz. *Amended Compl at ¶¶ 21 and 22*. Moreover, in that grievance response, the Agency advised the Plaintiff that the Union "is now entitled to invoke arbitration over [the] grievance..." and it also provided a copy of the response to the President of the Union. *Attachment 2*. Notably, Defendant does not allege that he even sought to have this matter arbitrated, let alone, that the Agency refused to cooperate in any such arbitration. Defendant's handling of Plaintiff's grievance is simply inconsistent with any efforts to repudiate the grievance process.

prevent unfair labor practices, 5 U.S.C. § 7118; and (3) outlined certain grievance procedures which must be included in any collective bargaining agreement, 5 U.S.C. § 7121. *Yates*, 533 F.Supp. at 463. An employee aggrieved by agency action has the option of either filing an unfair labor practice charge with the FLRA, or pursuing the matter through the grievance mechanism in the collective bargaining agreement. *Id.* He may not, however, resort to both procedures. *Id. See also* 5 U.S.C. § 7121(d). Among the mandatory grievance procedures, to be included in all labor agreements, are provisions requiring that issues of arbitrability be resolved by resort to the grievance mechanism, 5 U.S.C. § 7121(a)(1), and that all unresolved grievance be submitted to binding arbitration, 5 U.S.C. § 7121(b)(3)(c). Challenges to an arbitrator's award are to be resolved, in the first instance, by the FLRA, §§ 7105(a)(2)(H), with judicial review of the FLRA's decision in the Court of Appeals. *Id. See also* 5 U.S.C. § 7123(a).

The *Yates* court noted that "[n]oticeably lacking in this complex statutory scheme ... is any mention of involvement by a Federal District Court." *Id.* After then discussing the legislative history of the CSRA, the court concluded that "Congress intended that disputes involving the interpretation and enforcement of collective bargaining agreements be resolved through the grievance/arbitration machinery with review 'in the first instance by the (FLRA).'" *Id.* at 464. The court also concluded that FLRA's unfair labor practice jurisdiction over unfair labor practice claims preempts that of state and federal courts. *Id.* at 465. *See also Steadman v. Governor, United States Soldiers' & Airmen's Home*, 918 F.2d 963, 966 (D.C. Cir. 1990) (the FLRA enjoys exclusive jurisdiction over unfair labor practices, such as a claim that union breached its duty of fair representation). To the extent that Plaintiff is alleging that Ms. Veal-Munoz's handling of his grievance was somehow improper, he is essentially alleging an unfair

labor practice claim. Under the CSRA and the FLRA's exclusive jurisdiction over unfair labor practices, Plaintiff is required to pursue such claims through the administrative process and/or the FLRA and he is not entitled to judicial review.

Plaintiff's argument that the APA confers jurisdiction upon this court is also without merit. In *Convertino v. United States Department of Justice*, 393 F.Supp.2d 42, 47, the court explicitly held that "[f]ederal employees may not bypass the CSRA exhaustion requirement by submitting their personnel-related claims to a federal court under other statutes." *See also Harrison v. Bowen,* 815 F.2d 1505, 1514-15 (D.C.Cir. 1987) (noting that claims cognizable under the CSRA cannot be brought directly to federal court through the APA) (citing, inter alia, *Carducci v. Regan,* 714 F.2d 171, 174 (D.C.Cir. 1983)); *see also Fausto,* 484 U.S. at 443-455, 108 S.Ct. 668 (concluding that claims under the Back Pay Act cannot be brought directly to federal court but, rather, must be pursued through CSRA scheme). In this case, under the CSRA, Plaintiff was required to and did in fact initially pursue his "improper one day AWOL" claim through the collectively bargained for grievance process. Plaintiff, however, is not permitted to abandon the administrative process, bypass the CSRA's exhaustion requirement, and recast his complaint as one under the APA. Such attempts have been explicitly rejected by this court and should again be rejected here.

For the above reasons and the arguments also set forth in Defendant's motion to dismiss, this complaint should be dismissed.

                    Respectfully submitted,

                    _____/s/_____
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney

       _____/s/_____
       RUDOLPH CONTRERAS, D.C. BAR # 434122
       Assistant United States Attorney

       _____/s/_____
       QUAN K. LUONG
       Special Assistant United States Attorney
       555 Fourth Street, N.W., Room E-4417
       Washington, D.C. 20530
       (202) 514-9150 (telephone)
       (202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of April, 2007, I caused service of the foregoing **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** to be made on the *pro se* plaintiff via first class mail:

>Clarence Stringer
>2501 2nd Street, N.E.
>Washington D.C.  20002

>Respectfully submitted,

>_____/s/_____
>QUAN K. LUONG
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E-4417
>Washington, D.C. 20530
>(202) 514-9150 (telephone)
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>) | Civil Action No: 06-2098 |

## AFFIDAVIT OF HILTON FELTON

1. My name is Hilton Felton. I am currently employed with the Bureau of Engraving and Printing (Bureau) as a Human Resources Specialist within the Office of Human Resources. I have occupied this position since August 1994. In this capacity, I have access to information in the National Finance Center data base.

2. Pursuant to a request from my supervisor and personnel within the Labor Management Relations office, I searched the National Finance Center data base to generate a report reflecting the bargaining unit members for Local 174.

3. The attached report reflects the information that I obtained through this requested search.

I swear, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

4/20/07
Date

_____
Hilton Felton

## BUREAU OF ENGRAVING AND PRINTING
## LOCAL 174 EMPLOYEES

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY CONTROLLER | DC | 0230 | | |
| | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| | MATERIALS HANDLER (MVO) | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | MATERIALS HANDLER | DC | 0230 | | |
| | STOCK CONTROL RECORDER | DC | 0230 | | |
| | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | MATERIALS HANDLER | DC | 0230 | | |
| | POSTAGE STAMP VAULTS STOC | DC | 0230 | | |
| | MAIL PROC LABORER | DC | 0230 | 0174 | $ 17.00 |
| | MAIL PROC LABORER | DC | 0230 | | |
| | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| | POSTAGE STAMP DELIVERYMAN | DC | 0230 | | |
| | CURRENCY CONTROLLER LEADE | DC | 0230 | | |
| | ELECTRICAL WORKER | DC | 0230 | 0121 | $ 20.00 |
| | MATERIALS HANDLER | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| | MOTOR VEHICLE OPERATOR | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | 0174 | $ 17.00 |
| | ELECTRICAL WORKER | DC | 0230 | 0121 | $ 20.00 |
| | PLATE VAULT CUSTODIAN REC | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | MATERIALS HANDLER LEADER | DC | 0230 | | |
| | CURRENCY WRKR | DC | 0230 | | |
| | MATERIALS HANDLER | DC | 0230 | 0174 | $ 18.00 |
| | SHEET EXAMNR | DC | 0230 | | |
| | SHEET EXAMNR | DC | 0230 | | |
| | CURRENCY CONTROLLER VERIF | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY SHEET CONTROLLER | DC | 0230 | | |
| | CUSTODIAL LABORER | DC | 0230 | 0174 | $ 17.00 |
| | MATERIALS HANDLER | DC | 0230 | | |
| | MAIL PROC LABORER | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| | MACHINIST HELPER | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | DELIVERYMAN LEADER | DC | 0230 | | |
| | STAR NOTE CONTROLLER-EXCH | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| | STOCK CONTROL RECORDER | DC | 0230 | | |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | MAINTENANCE WORKER | DC | 0230 | | |
| ▓▓▓ | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | STOCK CONTROL RECORDER | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | CURRENCY CONTROLLER | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER (MVO) | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | MATERIALS HANDLER (VAULT | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER FORKLIF | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | CURRENCY CONTROLLER | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | LEAD MAIL PROC LABORER | DC | 0230 | | |
| ▓▓▓ | PS ORDER ASSORTER VERIFIE | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | CUSTODIAL LABORER | DC | 0230 | | |
| ▓▓▓ | CURR CONTROLLER-VERIFIER | DC | 0230 | | |
| ▓▓▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | FORK LIFT OPERTR | DC | 0230 | | |
| ▓▓▓ | MAINTENANCE WORKER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | FINAL VERIFIER (MPI) | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | MATERIALS HANDLER LEADER | DC | 0230 | | |
| ▓▓▓ | CUSTODIAL LABORER | DC | 0230 | | |
| ▓▓▓ | POSTAGE STAMP VAULTS STOC | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | SECURITIES PROCESSOR | DC | 0230 | | |
| ▓▓▓ | MTNCE WORKER (BOBCAT OPER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| ▓▓▓ | MTNCE WRKR (BOBCAT OPERTR | DC | 0230 | | |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| ■ | MACHINIST HELPER | DC | 0230 | | |
| ■ | CURRENCY WORKER | DC | 0230 | | |
| ■ | CURRENCY WORKER | DC | 0230 | | |
| ■ | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| ■ | SHEET EXAMNR | DC | 0230 | | |
| ■ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | 0001 | $ 20.00 |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ■ | MATERIALS HANDLER | DC | 0230 | 0174 | $ 18.00 |
| ■ | POSTAGE STAMP ORDERS FINA | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | SHEET EXAMNR | DC | 0230 | | |
| ■ | SECURITIES PROCESSOR | DC | 0230 | 0174 | $ 17.00 |
| ■ | SHEET EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ■ | MATERIALS HANDLER LEADER | DC | 0230 | | |
| ■ | MATERIALS HANDLER | DC | 0230 | | |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | STOCK CONTROL RECORDER | DC | 0230 | | |
| ■ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | 0174 | $ 17.00 |
| ■ | CUSTODIAL LABORER | DC | 0230 | | |
| ■ | SHEET EXAMNR | DC | 0230 | | |
| ■ | SECURITIES PROCESSOR | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | CURRENCY CONTROLLER | DC | 0230 | | |
| ■ | SECURITIES PROCESSOR | DC | 0230 | 0174 | $ 17.00 |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ■ | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| ■ | PLATE VAULT CUSTODIAN REC | DC | 0230 | | |
| ■ | CURRENCY CONTROLLER | DC | 0230 | | |
| ■ | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ■ | SHEET EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ■ | MATERIALS HANDLER | DC | 0230 | | |
| ■ | CURRENCY SHEET CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ■ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | FINAL VERIFIER LEADER | DC | 0230 | | |
| ■ | CURR CONTROLLER-VERIFIER | DC | 0230 | 0174 | $ 17.00 |
| ■ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ■ | MAIL PROC LABORER | DC | 0230 | | |
| ■ | PRTG PLANT WRKR | DC | 0230 | | |
| ■ | CURRENCY WORKER | DC | 0230 | | |
| ■ | CUSTODIAL LABORER | DC | 0230 | 0174 | $ 17.00 |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| ▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | MAINTENANCE WORKER | DC | 0230 | | |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | FINAL VERIFIER (MPI) | DC | 0230 | 0174 | $ 17.00 |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | | DC | 0230 | 0216 | $ 7.00 |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓ | CURRENCY CONTROLLER | DC | 0230 | | |
| ▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | CURRENCY WORKER | DC | 0230 | | |
| ▓ | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓ | SECURITIES PROCESSOR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | INDUSTRIAL EQUIPMENT REPA | DC | 0230 | 0010 | $ 19.93 |
| ▓ | MATERIALS HANDLER (LIMITE | DC | 0230 | | |
| ▓ | CURRENCY CONTROLLER | DC | 0230 | | |
| ▓ | GRAVURE INK PRODUCTION WO | DC | 0230 | 0174 | $ 17.00 |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | POSTAGE STAMP VAULTS STOC | DC | 0230 | | |
| ▓ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ▓ | STAR NOTE CONTROLLER-EXCH | DC | 0230 | 0174 | $ 17.00 |
| ▓ | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | CURRENCY WORKER | DC | 0230 | | |
| ▓ | SHEET EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓ | POSTAGE STAMP DELIVERYMAN | DC | 0230 | | |
| ▓ | MATERIALS HANDLER FORKLIF | DC | 0230 | | |
| ▓ | SECURITIES PROCESSOR | DC | 0230 | | |
| ▓ | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| ▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓ | CUSTODIAL LABORER | DC | 0230 | | |
| ▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| [redacted] | MATERIALS HANDLER (MVO) | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | MOTOR VEHICLE OPERATOR | DC | 0230 | | |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | | |
| [redacted] | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | CURRENCY CONTROLLER | DC | 0230 | | |
| [redacted] | SHEET EXAMNR | DC | 0230 | | |
| [redacted] | PRTG PLANT WRKR | DC | 0230 | | |
| [redacted] | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| [redacted] | POSTAGE STAMP VAULTS STOC | DC | 0230 | | |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | STOCK CONTROL RECORDER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | | |
| [redacted] | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | | |
| [redacted] | PLATE VAULT CUSTODIAN REG | DC | 0230 | | |
| [redacted] | MAIL PROC LABORER | DC | 0230 | | |
| [redacted] | MATERIALS HANDLER | DC | 0230 | | |
| [redacted] | MATERIALS HANDLER | DC | 0230 | | |
| [redacted] | MACHINIST HELPER | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | PRTG PLANT WRKR | DC | 0230 | | |
| [redacted] | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | MAINTENANCE WORKER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | | |
| [redacted] | SHEET EXAMNR | DC | 0230 | | |
| [redacted] | SECURITIES PROCESSOR | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| [redacted] | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | STOCK CONTROL RECORDER | DC | 0230 | | |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | STAR NOTE CONTROLLER-EXCH | DC | 0230 | | |
| [redacted] | SHEET EXAMNR | DC | 0230 | | |
| [redacted] | MATERIALS HANDLER | DC | 0230 | | |
| [redacted] | SHEET EXAMNR | DC | 0230 | | |
| [redacted] | FINAL VERIFIER (MPI) | DC | 0230 | | |
| [redacted] | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| [redacted] | POSTAGE STAMP EXAM MACH C | DC | 0230 | | |
| [redacted] | STOCK CONTROL RECORDER | DC | 0230 | | |
| [redacted] | CUSTODIAL LABORER LEADER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | STOCK CONTROL RECORDER | DC | 0230 | | |
| [redacted] | CURRENCY CONTROLLER | DC | 0230 | 0174 | $ 17.00 |
| [redacted] | PLATE VAULT CUSTODIAN REC | DC | 0230 | | |
| [redacted] | CUSTODIAL LABORER | DC | 0230 | | |
| [redacted] | STOCK CONTROL RECORDER | DC | 0230 | | |
| [redacted] | COPE EXCHANGER | DC | 0230 | | |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| | MATERIALS HANDLER | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | FINAL VERIFIER ASSISTANT | DC | 0230 | | |
| | MAINTENANCE WORKER | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | MATERIALS HANDLER | DC | 0230 | | |
| | SHEET EXAMNR | DC | 0230 | | |
| | MATERIALS HANDLER (MVO) | DC | 0230 | | |
| STRINGER, CLARENCE A | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | STOCK CONTROL RECORDER | DC | 0230 | | |
| | CUSTODIAL LABORER | DC | 0230 | | |
| | SHEET EXAMNR | DC | 0230 | | |
| | MAINTENANCE WORKER | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | CURRENCY CONTROLLER | DC | 0230 | | |
| | SHEET EXAMNR | DC | 0230 | | |
| | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT REPA | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT MECH | DC | 0230 | 0010 | $ 19.93 |
| | MATERIALS HANDLER (MVO) | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT MECH | DC | 0230 | 0010 | $ 19.93 |
| | STOCK CONTROL RECORDER | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | CUSTODIAL LABORER | DC | 0230 | | |
| | PRTG PLANT WRKR | DC | 0230 | | |
| | SHEET EXAMNR | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | CURRENCY SHIPMENT / CHECK | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | SECURITIES PROCESSOR | DC | 0230 | | |
| | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | 0216 | $ 7.00 |
| | GRAVURE INK PRODUCTION WO | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | FINAL VERIFIER ASSISTANT | DC | 0230 | | |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | STOCK CONTROL RECORDER | DC | 0230 | | |
| | POSTAGE STAMP EXAM MACH C | DC | 0230 | 0174 | $ 17.00 |
| | CURRENCY CONTROLLER | DC | 0230 | | |
| | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | | |
| | CURRENCY CONTROLLER | DC | 0230 | | |
| | MATERIALS HANDLER (VAULT | DC | 0230 | 0174 | $ 17.00 |
| | FINAL VERIFIER (MPI) | DC | 0230 | | |
| | CUSTODIAL LABORER | DC | 0230 | | |

| NAME | TITLE | LOC | BARG UNIT CODE | UNION LOCAL CODE | DUES AMOUNT PER PP |
|---|---|---|---|---|---|
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | INDUSTRIAL EQUIPMENT OPER | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER LEADER | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | CURRENCY SHPMT/CHEKR PROC | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | MAIL PROC LABORER | DC | 0230 | | |
| ▓▓▓ | SHEET EXAMNR | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | FINAL VERIFIER (MPI) | DC | 0230 | | |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | ELECTRICAL WORKER | DC | 0230 | 0121 | $ 20.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |
| ▓▓▓ | MATERIALS HANDLER | DC | 0230 | | |
| ▓▓▓ | POSTAGE STAMP SHEET CONTR | DC | 0230 | | |
| ▓▓▓ | FORKLIFT OPERATOR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | CURRENCY NOTE EXAMNR | DC | 0230 | | |
| ▓▓▓ | CURRENCY WORKER | DC | 0230 | | |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | 0174 | $ 17.00 |
| ▓▓▓ | PRTG PLANT WRKR | DC | 0230 | | |



**DEPARTMENT OF THE TREASURY**
BUREAU OF ENGRAVING AND PRINTING
WASHINGTON, D.C. 20228

DIRECTOR

November 22, 2006

MEMORANDUM FOR   CLARENCE STRINGER, FINAL VERIFIER
                OFFICE OF COMPLIANCE

FROM:            Larry Felix, Director
                 Bureau of Engraving and Printing

SUBJECT:         Grievance

This is in response to your letter of October 30, 2006, concerning a grievance that you filed under the grievance procedure set forth in the Collective Bargaining Agreement (Contract) between the Bureau and Columbia Lodge 174, International Association of Machinists & Aerospace Workers, AFL-CIO (Union). Your letter indicates that you are unhappy with the decision issued on your grievance by Brenda Veal-Munoz, Acting Chief, Office of Compliance.

After inquiry into this matter, I have been advised that your grievance has been properly handled in accordance with the grievance procedures set forth in the contract. It is the best interest of the Bureau, as well as being a statutory requirement, that the grievance continue to be handled in accordance with the terms of the contract. Accordingly, I am referring your inquiry back to Ms. Veal-Munoz so that the grievance may continue to be handled in accordance with contractual requirements. I have also asked Ms. Veal-Munoz to coordinate this matter with Russell Carpenter, Manager, Employee & Labor Management Relations Division, Office of Human Resources, to ensure that the contractual requirements continue to be followed.

In addition, I have also been informed that, pursuant to the contract, the Union is not entitled to invoke arbitration over your grievance should they choose. Accordingly, I am also providing a copy of your letter to Christopher Wilder, President of the Union so that he may assist you in this matter.

Thank you for forwarding your concerns to me. If you have any additional questions please contact Mr. Carpenter at 202-874-3573.

