UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER,<br>2501 2^ND^ STREET NE<br>WASHINGTON, DC. 20002<br><br>           Plaintiff<br><br>vs<br><br>HENRY M. PAULSON, SECRETARY<br>U.S. DEPARTMENT OF TREASURY<br>et al.,<br><br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NUM. 1:06cv2098 RBW<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT BY THE COURT

Pursuant to Rule 55, of the Federal Rules of Civil Procedure, Plaintiff Clarence Stringer, pro se, hereby moves this Court for a judgment by default, and shows that the complaint was filed in this Court on December 11, 2006. The summons and complaint were duly served on Defendant Brenda Veal-Munoz in her individual capacity on February 21, 2007. An answer was due on April 23, 2007; but, no answer or other defense has been filed by the Defendant Brenda Veal-Munoz. No proceedings have been taken by the Defendant since summons and a copy of the complaint were served. The Defendant Brenda Veal-Munoz is not in the military service and is not an infant or incompetent as appears in the affidavit of Clarence Stringer attached as Exhibit A.

WHEREFORE, Plaintiff moves that this Court declare that the conduct of the Defendant Brenda Veal-Munoz violated the contract with the union, the Plaintiff is entitled to injunctive relief from her decisions, and make and enter a judgment that the Defendant Brenda Veal-Munoz owes the Plaintiff the cost to bring this action to be determined in a damage hearing.

RECEIVED
APR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Date: 4-30-07

_____
Clarence Stringer, pro se

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the Motion for Default Judgment was sent by U.S. Mail, first class, postage prepaid on April 30, 2007 to:

Quan K. Luong, Esq.
U. S. Attorney Office
501 Third Street NW
Washington, DC 20530

_____
Clarence Stinger, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CLARENCE STRINGER, )
2501 2nd STREET NE )
WASHINGTON, DC 20002 )
(202) 832-6149 )
        Plaintiff )
 )
vs ) CAUSE NUM. 06-2098 (RBW)
 )
HENRY M. PAULSON, SECRETARY )
OF THE TREASURY, et al,. )
Individual and Official Capacity )
 )
        Defendants )

AFFIDAVIT OF CLARENCE STRINGER
IN SUPPORT OF DEFAULT JUDGMENT MOTION

I, Clarence Stringer, declare that I am over the age of twenty one (21).

1. I am the affiant, and I have personal knowledge of the facts stated therein.

2. That, the Plaintiff filed the original complaint in this cause of action on December 11, 2006.

3. That, the Defendant filed a Motion to Dismiss the complaint on March 21, 2007.

4. That, it is not apparent in the Defendant's Motion to Dismiss, their response, nor the specific defense being designated for the Plaintiff's contentions against Brenda Veal-Munoz in her individual capacity. (Plf's Complaint, Par. 10 thru 15)

5. That, despite their intentions, the memorandum of law in support of the motion fails to specifically address or allege to the Court how the Plaintiff's complaints fails to state a cause of action against Munoz in her individual

1

capacity because she failed to meet with the Plaintiff within three (3) days of receipt of the grievance, and failed to submit a written finding of her deliberations and investigation of the same.

6. That, the Plaintiff is entitled to a legal response addressing his claims against Brenda Veal-Munoz in her individual capacity on or before April 23, 2007.

7. That, as of April 23, 2007, the Defendant Brenda Veal-Munoz failed or refused to tender a response or a proper defense to the allegations raised in the Plaintiff's Complaint, Paragraphs 10 thru 15.

8. That, the Defendant Brenda Veal-Munoz is not an incompetent person, nor is she on active military duty.

9. That, the Plaintiff is entitled to the relief sought in the complaint, plus cost, for the illegal individual conduct of Acting Chief Brenda Veal-Munoz.

I declare under the penalty of perjury that the above stated information is true and correct.

__4-30-07__  
Date

__Clarence Stringer__  
Clarence Stringer, Affiant

2