UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE STRINGER,<br>2501 2ND STREET NE<br>WASHINGTON, DC. 20002<br>(202) 832-6149<br><br>   Plaintiff<br><br>vs<br><br>HENRY M. PAULSON, SECRETARY<br>U.S. DEPARTMENT OF TREASURY<br>et al.,<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NUM. 06-2098 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO STRIKE THE DEFENDANT'S MOTION IN OPPOSITION

Pursuant to Rule 12(f), of the Federal Rules of Civil Procedure, Plaintiff Clarence Stringer, pro se, hereby moves this Court to strike from these proceedings the Defendant's Surreply to the Plaintiff's Motion In Opposition To The Defendant's Motion to Dismiss The Complaint.

The grounds for this motion are: (1) the allegations contained in the motion are immaterial and impertinent; and, (2) they are calculated unduly to prejudice the Court against the Plaintiff. First and foremost, the affidavit, filed with the Defendant's motion is not material or essential to the facts of this case because the affidavit, and the exhibit, confirm the Plaintiff is not a dues paying member of Columbia Lodge #174. (Plf's Affi. In Support of Motion in Opposition) Secondly, the Defendant's claim that the Plaintiff must pursue an unfair labor practice claim against the agency is not an option in this



RECEIVED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

cause of action. The Plaintiff is barred from pursing an unfair labor practice claim against the agency because he followed the grievance procedure.[1]

Pursuant to 5 U.S.C. Sec. 7121(d), the Plaintiff cannot do both. The Plaintiff had only two (2) choices to protest the AWOL charge filed by his supervisor, and untimely upheld by Munoz.[2] Either the Plaintiff could follow the statutory procedure or the negotiated grievance procedure, but not both. Id. The Plaintiff opted for the latter; therefore, the Defendant's Motion in Opposition should be stricken from these proceedings because the motion in and of itself is immaterial and impertinent.

WHEREFORE, the Plaintiff Clarence Stringer prays that this Court will strike the Defendant's Motion in Opposition from the record of these proceedings.

Date: 4-30-07

*Clarence Stringer*
Clarence Stringer, pro se

---

[1] Pursuant to 659 F.2d 1140, 1141, the Plaintiff cannot pursue both.

[2] The Defendants admit in the motion that Munoz was late in responding to the grievance.

CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of the Motion to Strike was sent by U.S. Mail, first class, postage prepaid on April 30, 2007 to:

Quan K. Luong, Esq.
U. S. Attorney Office
501 Third Street NW
Washington, DC 20530

*Clarence Stinger*
Clarence Stinger, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149

3