UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARENCE A. STRINGER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | CAUSE NUM. 06cv2098-RBW |
| | ) | |
| HENRY PAULSON, SECRETARY | ) | |
| OF TREASURY, et al., | ) | |
| | ) | |
| Defendants | ) | |

### PLAINTIFF'S MOTION TO STRIKE THE DEFENDANT'S RENEWED MOTION TO DISMISS

Pursuant to Rule 12(f), of the Federal Rules of Civil Procedure, the Plaintiff Clarence A. Stringer, pro se, hereby moves the Court to strike the Defendant's Renewed Motion to Dismiss, because the motion is impertinent.

On February 6, 2008, this Court granted the Plaintiff's motion to amend his complaint for the second time. According to Rule 12, a timely motion to dismiss must be filed within twenty (20) days of receipt of the pleading. Forasmuch, the Defendant's motion to dismiss, to be relevant, must be filed with the Court on or before February 29, 2008. According to the record, the Defendants filed their motion on March 6, 2008; therefore, the motion is untimely-hence impertinent.

WHEREFORE, the Plaintiff prays the Court will strike the Defendant's Renewed Motion to Dismiss because it is untimely-hence impertinent.

Respectfully Submitted,

Clarence A. Stringer, pro se

RECEIVED

MAR 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a copy of the Plaintiff's Motion to Strike, was sent by

U.S. Mail, first class, postage prepaid, on March 13, 2008 to:

Blanche L. Bruce, Esq.
Assistant U.S. Attorney
555 Fourth Street NW
Washington, DC 20530

Clarence A. Stringer, pro se
2501 2nd Street NE
Washington, DC 20002
(202) 832-6149

2