UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARENCE STRINGER )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY PAULSON, SECRETARY )<br>OF TREASURY et. al. )<br>)<br>)<br>)<br>Defendants. ) | Case No: 06-2098 (RBW) |

**DEFENDANT'S MOTION FOR ENLARGEMENT TO FILE AND OPPOSITION TO MOTION TO STRIKE DEFENDANT'S RENEWED MOTION TO DISMISS**

Defendants respectfully request an enlargement of time to file its renewed motion to dismiss, and opposes Plaintiff's motion to strike Defendants' Renewed Motion to Dismiss.

1. On February 6, 2008, Plaintiff filed an Amended Complaint (Docket 31). On March 6, 2008, Defendants filed a Renewed Motion to Dismiss Plaintiff's Amended Complaint because Plaintiff filed the same Amended Complaint on March 28, 2007 (Docket 24, 31).

2. According to Federal Rules of Civil Procedure Rule 15(a), Defendants' motion should have been filed on February 25, 2008, rather than on March 6, 2008. Because the deadline was inadvertently allowed to pass, Defendants submit that this oversight constitutes "excusable neglect' within the meaning of Fed. R. Civ. P. 6(b)(2).

## STATEMENT OF SUPPORTING POINTS AND AUTHORITIES

An one-week delay will not result in any prejudice to plaintiff, will have no materially adverse effect upon the Court's consideration of this case, and was the result of a good faith mistake by Defendants' undersigned counsel.  See In re: Vitamins Antitrust Class, 327 F.3d 1207 (D.C. Cir. 2003).  See generally Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993).  Furthermore, Plaintiff has not provided any evidence that he has been prejudiced by Defendants' late filing of six days.

## CONCLUSION

For the foregoing reasons, Defendants' Motion for Enlargement of Time and Opposition to Motion to Strike Defendant's Renewal Motion to Dismiss should be granted.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

      I certify that on March 21, 2008, I caused a copy of the Defendants' Renewed Motion to Dismiss be served on Plaintiff, <u>pro se</u>, via first class mail:

Clarence Stringer
2501 2nd Street, NE
Washington, D.C.  20002

                                     /s/_____
                                     Blanche L. Bruce
                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLARENCE STRINGER | ) ) ) ) | |
| Plaintiff, v. | ) ) ) | Case No: 06-2098 (RBW) |
| HENRY PAULSON, SECRETARY OF TREASURY et. al. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

Upon Consideration of Defendants' Motion for Enlargement of Time and Opposition to Plaintiff's Motion to Strike the Defendants' Renewed Motion to Dismiss, and the entire record herein, it is hereby **ORDERED** that the Defendants' Motion and Opposition are **GRANTED**.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
United States District Judge