UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLARENCE STRINGER | ) | |
|  | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-2098 (RBW) |
|  | ) | |
| HENRY PAULSON, SECRETARY | ) | |
| OF TREASURY et. al. | ) | |
|  | ) | |
| Defendants. | ) | |

**DEFENDANTS' RENEWED MOTION TO DISMISS**

Defendants respectfully submit a renewed motion to dismiss Plaintiff's "second" Amended Complaint filed on February 6, 2008 (Docket 31) pursuant to Fed. R. Civ. P 12(b)(1) and 12(b)(6).

1. On September 11, 2006, Plaintiff filed a Complaint against the Secretary of Treasury and others (Docket 1). On March 21, 2007, Defendants moved to dismiss the Complaint (Docket 23).

2. On March 28, 2007, Plaintiff filed a Motion to Amend/Correct the Complaint (Docket 24). On April 9, 2007, Defendants filed a motion and memorandum in opposition to the Motion to Amend/Correct (Docket 25) and a Reply (Docket 27).

3. On February 6, 2008, Plaintiff filed another "second" Amended Complaint (Docket 31), which was the "same" Amended Complaint filed on March 28, 2007 (Docket 24).

4. On March 6, 2008, Defendants filed a Renewed Motion to Dismiss (Docket 32)

against Plaintiff's "second" Amended Complaint (Docket 31). On March 13, 2008, Plaintiff moved to "strike" Defendants' Renewed Motion because the motion was filed out of time (Docket 33).

5. On March 28, 2008, this Court granted Defendants' Motion for leave to file its Renewed Motion to Dismiss, and permitted Defendants until April 25, 2008 to file its motion.

### STATEMENT OF SUPPORTING POINTS AND AUTHORITIES

Plaintiff does not allege any new facts or arguments in support of his "second" amended Complaint filed on February 6, 2008. Thus, the "second" amended complaint should also be dismissed. See Fed. R. Civ.P. 15; Foman v. Davis, 371 U.S. 178, 181-82 (1962) (courts may deny a motion to amend a complaint as futile if the proposed claim would not survive a motion to dismiss); Nix v. Hoke, 62 F. Supp. 110, 115 (D.D.C. 1999) (where motion to dismiss was pending when plaintiff amended his complaint, "the court may consider [the motion to dismiss] in reviewing the amended complaint" ). Plaintiff's "second" Amended Complaint raises the same due process claims, and is subject to the same jurisdictional and procedural deficiencies previously addressed in Defendants' Motion to Dismiss (Docket 23), Memorandum in opposition (Docket 25) and Reply (Docket 27). Defendants' arguments are equally applicable to Plaintiff's "second" Amended Complaint. Thus, Defendants respectfully renew their motion to dismiss, and incorporate the foregoing filings in support thereof.

## CONCLUSION

For the foregoing reasons, Defendant's Renewed Motion to Dismiss should be granted, and Plaintiff's "second" Amended Complaint should be dismissed with prejudice.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530


## CERTIFICATE OF SERVICE

I certify that on April 25, 2008, I caused a copy of the Defendants' Renewed Motion to Dismiss be served on Plaintiff, pro se, via first class mail:

Clarence Stringer
2501 2nd Street, NE
Washington, D.C. 20002

/s/_____
Blanche L. Bruce
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARENCE STRINGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No: 06-2098 |
| | ) |
| **HENRY M. PAULSON, JR., Secretary,** | ) |
| **U.S. Department of the Treasury, et al** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**ORDER**

Upon Consideration of Defendants' Renewed Motion to Dismiss Plaintiff's Amended Complaint filed on February 6, 2008, and the entire record herein, it is hereby **ORDERED** that the Plaintiff's Amended Complaint is dismissed with prejudice.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
United States District Judge